IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE KANSAS CITY SOUTHERN RAILWAY COMPANY — PLAINTIFF

VERSUS — CIVIL ACTION NO.: 1:24CV234-LG-RPM

CHIQUITA BRANDS INT'L, INC. — DEFENDANT

**CHIQUITA BRANDS INTERNATIONAL, INC.**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Defendant, CHIQUITA BRANDS INTERNATIONAL, INC., ("Chiquita International"), in the above styled and numbered cause, by and through its attorneys of record, and pursuant to F.R.C.P. 7.1 and Local Rule 7(c) files the following Corporate Disclosure Statement:

Chiquita International is solely owned by Chiquita US Corporation, which is incorporated in Delaware, and has its principal place of business in Florida.

RESPECTFULLY SUBMITTED, this the 18th day of September 2024.

CHIQUITA BRANDS INT'L, INC.

By: */s/Stephen W. Burrow*

Stephen W. Burrow (MSB 9577)
James H. Heidelberg (MSB 2212)
HEIDELBERG, STEINBERGER, BURROW & ARMER, PA
711 Delmas Avenue
Pascagoula, MS 39567
T: 228-762-8021 • F: 228-762-7589
Email: sburrow@hs-lawfirm.com
jheidelberg@hs-lawfirm.com

**CERTIFICATE OF SERVICE**

I, Stephen W. Burrow, certify I served this ***Corporate Disclosure Statement*** via the Court's ECF filing system which caused a copy to be delivered to counsel of record.

SO CERTIFIED, this the 18th day of September 2024.

*/s/Stephen W. Burrow*