UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| KANSAS CITY SOUTHERN RAILWAY COMPANY | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:24-CV-234-LG-RPM |
| CHIQUITA BRANDS INTERNATIONAL, INC. et al | DEFENDANTS |

### ORDER ADMINISTRATIVELY CLOSING CASE FOR STATISTICAL PURPOSES

This matter is before the Court *sua sponte*. On July 29, 2024, Plaintiff Kansas City Southern Railway Company filed a Complaint against Defendant Chiquita Brands International, Inc.[1] [1]. The Court conducted a case management conference on October 16, 2024; but a Case Management Order was not entered at that time. Minute Entry (10/16/2024). Instead, the Court entered a limited scheduling order, establishing deadlines to serve initial disclosures and to file motions to amend or join parties.

On December 18, 2024, Plaintiff filed an Amended Complaint against Defendants Chiquita Brands International, Inc.; Chiquita Fresh North America L.L.C.; and Great White Fleet Corp. [24]. On January 22, 2025, Defendants filed a Third-Party Complaint. [30]. Then on June 24, 2025, Defendants filed an Amended Third-Party Complaint. [68]. Several of the foreign Third-Party Defendants must be served pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol (IACAP), and these summonses were issued on September 4, 2025. [73]. According to the United States Department of State's website, this process may take only three months for some countries but generally takes anywhere from six months to one year.[2]

---

[1] Chiquita Brands International, Inc. was originally named Chiquita Brands Int'l, Inc., but the party's name was later modified. Text Only Order (01/27/2025).
[2] https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Inter-American-Service-Convention-Additional-Protocol.html.

1

Based on the foregoing, the Court is of the opinion this case should be administratively closed. **Nothing contained in this Order shall be considered a dismissal or disposition of this matter.** The Court retains jurisdiction over the cause of action to allow either party to file a motion to reopen the case for further proceedings.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is ADMINISTRATIVELY CLOSED until further order of the Court.

SO ORDERED AND ADJUDGED, this the 29th day of October 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE